# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No. 24-CR-238**

**ANTONIO LONG,**

**Defendant.**

---

## REPORT AND RECOMMENDATION

---

On October 22, 2026, defendant Antonio Long appeared before me pursuant to Federal Rule of Criminal Procedure 11. Long entered a plea of guilty to Counts One and Two of the Information.

After cautioning and examining Long under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary, and that the offenses charged are supported by independent factual bases containing each of the essential elements of the offenses.

**NOW, THEREFORE, IT IS RECOMMENDED** that Long's plea of guilty be accepted; that a presentence investigation and report be prepared; and that Long be adjudicated guilty and have sentence imposed accordingly.

Your attention is directed to General L.R. 72(c), 28 U.S.C. § 636(b)(1)(B) and Federal Rules of Criminal Procedure 59(b), or Federal Rules of Civil Procedure 72(b) if applicable, whereby written objections to any recommendation or order herein, or part thereof, may be filed within fourteen days of the date of service of this recommendation or order. Objections

are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Failure to file a timely objection with the district court shall result in a waiver of a party's right to appeal. If no response or reply will be filed, please notify the Court in writing.

Dated at Milwaukee, Wisconsin this 22nd day of October, 2026.

BY THE COURT

Nancy Joseph

____________________________

NANCY JOSEPH
United States Magistrate Judge